IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-2331-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| Jake B. Nelson ) | |

Jake B. Nelson appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on February 4, 2015, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Jake B. Nelson has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 17th day of February 2016.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge